AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J. | U.S. District Court | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - active | ☐ Nomination Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

700 Stewart Street, Room 14229
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Preg O'Donnel & Gillett |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Visa | Credit card | J |
| 2. | _____ college tuition | Periodic payment contract w/ Macalester College | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | E | Int./Div. | O | T | | | | | |
| 2.  -- Bank Dep Sweep Opt (Wells Fargo money market acct) | | | | | | | | | |
| 3.  -- Cisco Systems | | | | | | | | | |
| 4.  -- Davis New York Venture Fund Inc. Cl. Y (DNVYX) | | | | | Sold | 05/16/11 | K | B | |
| 5.  -- Dodge & Cox Income (DODIX) | | | | | | | | | |
| 6.  -- Dodge & Cox International | | | | | | | | | |
| 7.  -- Duke Energy Corp. (DUK) | | | | | | | | | |
| 8.  -- Emerson Electric (EMR) | | | | | | | | | |
| 9.  -- EuroPacific Growth Fund (AEGFX) | | | | | Sold | 01/26/11 | J | B | |
| 10.  -- Exxon/Mobil Corp. (XOM) | | | | | | | | | |
| 11.  -- Fairholme Funds Inc. (FAIRX) | | | | | Sold | 08/08/11 | K | A | |
| 12.  -- Federated Money Mkt/ Tr Gov Obligs Fd Instl (GOIXX) | | | | | Sold | 05/16/11 | J | A | |
| 13.  -- General Electric (GE) | | | | | | | | | |
| 14.  -- Harbor Bond Fund (HABDX) | | | | | | | | | |
| 15.  -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKIX) | | | | | Buy (add'l) | 01/26/11 | J | | |
| 16.  -- Heartland Value Plus Fund (HRVIX) | | | | | Buy | 01/26/11 | J | | |
| 17.  -- Johnson & Johnson (JNJ) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Pioneer Cullen Value Fund Cl Y (CVFYX) | | | | | | | | | |
| 19. -- Prof Mngd Fund Portfolio - Ostweis Funds (OSTFX) | | | | | | | | | |
| 20. -- Spectra Energy Corp.(SE) | | | | | Sold | 05/16/11 | J | A | |
| 21. -- Target (TGT) | | | | | | | | | |
| 22. -- Touchstone Instl Funds (CISGX) | | | | | | | | | |
| 23. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | | | | | | | | | |
| 24. -- T Rowe Price Pers Strategy Funds Inc. (TRSGX) | | | | | | | | | |
| 25. -- Vanguard Bond Index Sh Term Port Fund - Inv (VBISX) | | | | | Sold (part) | 01/26/11 | K | A | |
| 26. | | | | | Sold (part) | 05/17/11 | K | A | |
| 27. | | | | | Sold (part) | 10/28/11 | J | A | |
| 28. -- Vanguard Short Term Bond Index (VBSSX) | | | | | Buy | 04/30/11 | J | | |
| 29. -- Vanguard Short Term - Treas Admiral (VFIRX) | | | | | Sold (part) | 01/26/11 | K | A | |
| 30. | | | | | Sold (part) | 05/17/11 | K | A | |
| 31. | | | | | Sold (part) | 10/28/11 | J | A | |
| 32. -- Vanguard Fixed Income - Sh Term Inv Growth (VFSTX) | | | | | Sold (part) | 10/28/11 | K | B | |
| 33. -- Wells Fargo & Co. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 | A | Int./Div. | K | T | | | | | |
| 36. -- Vanguard Balanced Index Fund Inv (VBINX) | | | | | Buy | 01/25/11 | J | | See note @ VIII. |
| 37. -- Vanguard Prime Money Mkt Fund (VMMXX) | | | | | Buy | 04/19/11 | J | | |
| 38. -- Vanguard Strategic Equity Fund (VSEQX) | | | | | Sold (part) | 01/25/11 | J | | See note @ VIII. |
| 39. -- Vanguard Total Int'l Stock Index Fund (VGTSX) | | | | | Sold (part) | 01/25/11 | K | | See note @ VIII. |
| 40. -- Vanguard Wellesley Income Fund Inv (VWINX) | | | | | | | | | |
| 41. -- Vanguard Wellington Fund Inv (VWELX) | | | | | Buy | 01/25/11 | J | | See note @ VIII. |
| 42. | | | | | | | | | |
| 43. IRA #3 | D | Int./Div. | M | T | | | | | |
| 44. -- Vanguard Balanced Index Fund Inv (VBINX) | | | | | Buy | 04/18/11 | J | | See note @ VIII. |
| 45. | | | | | Buy (add'l) | 04/21/11 | J | | See note @ VIII. |
| 46. -- Vanguard Inflation-Protected Securities (VIPSX) | | | | | | | | | |
| 47. -- Vanguard Prime Money Mkt Fund (VMMXX) | | | | | Sold (part) | 04/18/11 | J | | See note @ VIII. |
| 48. | | | | | Sold (part) | 04/21/11 | J | | See note @ VIII. |
| 49. -- Vanguard Total Bond Mkt Index - Admiral (VBTLX) | | | | | Buy (add'l) | 01/27/11 | J | | See note @ VIII. |
| 50. | | | | | Buy (add'l) | 01/27/11 | J | | See note @ VIII. |
| 51. -- Vanguard Total Int'l Stock Index Fund (VGTSX) | | | | | Sold | 01/25/11 | K | | See note @ VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Vanguard Total Int'l Stock Index Admiral (VTIAX) | | | | | Buy | 01/25/11 | K | | See note @ VIII. |
| 53. | | | | | Sold (part) | 01/27/11 | J | | See note @ VIII. |
| 54. | | | | | Sold (part) | 01/27/11 | J | | See note @ VIII. |
| 55. -- Vanguard Total Stk Mkt Index Fund - Admiral (VTSAX) | | | | | Sold (part) | 01/25/11 | J | | See note @ VIII. |
| 56. | | | | | Sold (part) | 01/27/11 | J | | See note @ VIII. |
| 57. | | | | | Sold (part) | 01/27/11 | J | | See note @ VIII. |
| 58. -- Vanguard Wellington Fund Admiral (VWENX) | | | | | Buy | 01/26/11 | L | | See note @ VIII. |
| 59. | | | | | Buy (add'l) | 01/27/11 | J | | See note @ VIII. |
| 60. | | | | | Buy (add'l) | 01/27/11 | J | | See note @ VIII. |
| 61. -- Vanguard Wellington Fund Inv (VWELX) | | | | | Buy (add'l) | 01/25/11 | J | | See note @ VIII. |
| 62. | | | | | Sold | 01/26/11 | K | | See note @ VIII. |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. 36   Purchased through share exchange from Total Int'l Stock Index - Inv (VGTSX) fund (see VII. 39)

VII. 38   Shares exchanged for shares in Wellington Fund Inv (VWELX) (see VII. 41)

VII. 39   Shares exchanged for shares in Balanced Index Fund Inv (VBINX) (see VII. 36)

VII. 41   Purchased through share exchange from Strategic Equity Fund (VSEQX) (see VII. 38)

VII. 44   Purchased through share exchange from Prime Money Market Fund (VMMXX) (see VII. 47)

VII. 45   Additional shares purchased through share exchange from Prime Money Market Fund (VMMXX) (see VII. 48)

VII. 47   Shares exchanged for shares in Balanced Index Fund Inv (VBINX) (see VII. 44)

VII. 48   Shares exchanged for additional shares in Balanced Index Fund Inv (VBINX) (see VII. 45)

VII. 49   Additional shares purchased through share exchange from Total Int'l Stock Index - Adm (VTIAX) (see VII. 54)

VII. 50   Additional shares purchased through share exchange from Total Stock Mkt Index - Adm (VTSAX) (see VII. 57)

VII. 51   Entire fund converted to Total Int'l Stock Index - Adm (VTIAX) (see VII. 52)

VII. 52   Converted from Total Int'l Stock Index - Inv (VGTSX) (see VII. 51)

VII. 53   Shares exchanged for additional shares in Wellington Fund - Adm (VWENX) (see VII. 59)

VII. 54   Shares exchanged for additional shares in Total Bond Mkt Index - Adm (VBTLX) (see VII. 49)

VII. 55   Shares exchanged for additional shares in Wellington Fund Inv (VWELX) (see VII. 61)

VII. 56   Shares exchanged for additional shares in Wellington Fund - Adm (VWENX) (see VII. 60)

VII. 57   Shares exchanged for additional shares in Total Bond Mkt Index - Adm (VBTLX) (see VII. 50)

VII. 58   Converted from Wellington Fund Inv. (VWELX) (see VII. 62)

VII. 59   Additional shares purchased through exchange from Total Int'l Stock Index Admiral (VTIAX) (see VII. 53)

VII. 60   Addtional shares purchased through exchange fromTotal Stk Mkt Index Fund - Admiral (VTSAX) (see VII. 56)

VII. 61   Additional shares purchased through exchange from Total Stk Mkt Index Fund - Admiral (VTSAX) (see VII. 55)

VII. 62   Entire fund converted to Wellington Fund Admiral (VWENX)  (see VII. 58)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544